UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMONIQUE LEA,<br><br>             Plaintiff,<br><br>    v.<br><br>VICAR OPERATING, INC., et al.,<br><br>            Defendants. | Case No. 22-cv-01718-RS<br><br>**ORDER TO SHOW CAUSE** |

By stipulated order filed April 25, 2023, plaintiff's deadline to file a motion for class certification was extended to October 23, 2023. No filings have been made since then. In the event plaintiff intends to pursue this matter, she shall file her motion for class certification no later than November 30, 2023, with a hearing set for January 18, 2024. The parties may stipulate to a later hearing date and/or an extended briefing schedule, provided the stipulated reply deadline is at least two weeks prior to the hearing. Absent such a stipulation, the briefing schedule provided in the Civil Local Rules shall govern, running from the November 30, 2023 filing date.

In the event no filing is made by November 30, 2023, the case will be dismissed without prejudice and without further notice.

**IT IS SO ORDERED**.

Dated: November 14, 2023

_____
RICHARD SEEBORG
Chief United States District Judge