# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMONIQUE LEA, individually and on behalf of herself and all others similarly situated;<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VICAR OPERATING, INC., a Delaware corporation; ANTECH DIAGNOSTICS, INC., a California corporation; and DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case No. 3:22-cv-01718-RS<br>Hon. Judge Richard Seeborg<br><br>**ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION**<br><br>Alameda County Superior Court<br>Case No. 21CV004192<br><br>Complaint Filed:　December 16, 2021<br>FAC Filed:　　　　February 17, 2022<br>Removal:　　　　　March 17, 2022 |

# ORDER

The Court having read and considered the Parties' stipulation and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1. This action is **REMANDED** to the Superior Court of the State of California for the County of Alameda as *Jazmonique Lea vs. Vicar Operating, Inc. et al*, Case No. 21CV004192.
2. Each party shall bear their own costs and attorneys' fees incurred in connection with the removal and remand of this action.

**IT IS SO ORDERED.**

Dated: November 16, 2023

_____
The Honorable Richard Seeborg
United States District Judge